IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. SA-09-CR-670-FB |
| | ) | |
| FRANCISCO EXPINOSA (18), | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Came on this date to be considered the Defendant's Second Motion for Revocation of Detention Order and Request for a De Novo Evidentiary Hearing and Bond.

The Court reviewed all pleadings and the transcript of the bond hearing held October 22, 2009. A particularly salient factor, in addition to all others supporting detention of Mr. Espinosa, is the conspicuous absence from Court of his wife, Lina Espinosa, who is said by law enforcement and other witnesses to have been present with her husband in Chicago, Illinois and Cincinnati, Ohio when large drug transactions allegedly occurred. To date, these allegations against Ms. Lina Espinosa have not been denied by her in court.

Accordingly, Defendant's Second Motion for Bond is DENIED.

It is so ORDERED.

SIGNED this __30__ day of November, 2009.

FRED BIERY
UNITED STATES DISTRICT JUDGE